1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TIANJIN HAOYUNTONG INTERNATIONAL TRADING COMPANY, a Chinese corporation; DECHENGTAIKE ENVIRONMENTAL TECHNOLOGY CO., LTD., a Chinese corporation; TIANJIN ZHONGHUI PUHUA ENERGY TECHNOLOGY CO., LTD., a Chinese corporation; SHANGHAI JIANZHE CONSTRUCTION DEVELOPMENT CO., LTD., a Chinese corporation; HONGKONG ACTBEST NEW ENERGY TECHNOLOGY LIMITED, a Chinese corporation; US ACTBEST TECHNOLOGY INC., a California corporation; HONG KONG QIJIA TECHNOLOGY CO., LTD., a Hong Kong corporation; SHENZHEN SHENGMINGYI TECHNOLOGY CO., LTD., a Chinese corporation; and DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02546<br><br>**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION** |

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 1

**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and UL LLC notify the Court that this case is a Counterfeit Enforcement Action subject to General Order 03-23. Under that General Order, the assigned District Judge may refer the action to Magistrate Judges Hon. Michelle L. Peterson, Hon. Brian A. Tsuchida, or Hon. S. Kate Vaughan to handle all issues related to service.

DATED this 12th day of December, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com